# United States Bankruptcy Court
## Southern District of Florida

In re  **Ray's Quality Auto Sales, Inc.**

Debtor(s)

Case No.

Chapter  **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Ray's Quality Auto Sales, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ray Acevedo**
**961 N.W. 127 Place**
**Miami, FL 33182**

☐ None [*Check if applicable*]

**December 15, 2018**

Date

**/s/ Mark S. Roher**
**Mark S. Roher 178098**
Signature of Attorney or Litigant
Counsel for  **Ray's Quality Auto Sales, Inc.**
**Law Office of Mark S. Roher, P.A.**
**150 S. Pine Island Road**
**Suite 300**
**Fort Lauderdale, FL 33324**
**(954) 353-2200 Fax:(954) 356-0406**
**mroher@markroherlaw.com**