**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                                Case No. 18-25574-JKO

RAY'S QUALITY AUTO SALES, INC.,

                                                                        Chapter 7

        Debtor.
_____ /

### TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY OF THE BANKRUPTCY ESTATE AND FOR ADDITIONAL RELIEF
#### (Olga Del Torro)

        Sonya Salkin Slott, Chapter 7 Trustee ("Trustee"), by and through her undersigned counsel, requests that this Honorable Court to enter an Order granting this Trustee's Motion for Turnover of Debtor's non-exempt personal property and over-exempt assets, and states as follows:

        1.        Ray's Quality Auto Sales, Inc. ("Debtor") filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code on December 15, 2018 ("Petition Date"), with the Trustee immediately appointed.

        2.        The pre-petition business of the Debtor involved the sale of used automobiles to consumers with questionable credit ratings.

        3.        As of the Petition Date, the Debtor had four (4) accounts receivable relating to such sales. Accordingly, the Trustee filed her Motion to Compromise Accounts Receivable [ECF 18], which this Court granted [ECF 24].

        4.        The Trustee has already resolved two of the four accounts receivable, with a third to be resolved or to continue to be paid upon the original terms of payment.

        5.        However, the fourth borrower, Olga Del Toro ("Del Toro"), has proven to be problematic. She is possession of 2013 Volkswagen Passat ("Vehicle") from the Debtor, for

which the Debtor (and now Trustee) holds physical possession of the title (with the Debtor's lien duly noted on such title).

6.      Del Toro is behind in payments for May, June, July, August and September of 2019 (each of $297.72), with a total indebtness owed of $4,751.74. Efforts to collect such payments by demand have not succeeded.

7.      Because voluntary efforts to obtain payment for, or possession of, the Vehicle have not been successful, the Trustee is forced to move this Court to enter an order of turnover requiring Del Toro to surrender the Vehicle to the Trustee. This Motion will be duly served upon Del Toro by mail (at her residence) and email to insure her receipt.

8.      While the Trustee hopes Del Toro will comply with any such order (and she will be subject to motion for an order to show cause why she should not be held in contempt if she fails to do so), the alternate relief of repossession may also be prudent. Accordingly, the Trustee also seeks authority to peaceably repossess the Vehicle if the Trustee determines such action advisable in her business judgment.

WHEREFORE the Chapter 7 Trustee requests that this Honorable Court enter an Order granting the Trustee's Motion for Turnover hereinabove and further authorizing the Trustee to utilize the alternative remedy of peaceful repossession, if she deems it advisable; and for such further and additional relief the Court finds appropriate.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida, that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was served via First Class U.S. Mail this 25th day of September, 2019 upon the

parties listed on the attached Service List except those who received this through the Court's

electronic filing system.

The Salkin Law Firm PA
Attorneys for Trustee
P.O. Box 15580
Plantation, FL 33318
Telephone    (954) 423-4469
Email:        mark@msbankrupt.com

By:    /s/ Mark Bonacquisti
            FBN 0703257