# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 18-25574 | Trustee Name: | Sonya S. Slott |
|---|---|---|---|
| Case Name: | RAY'S QUALITY AUTO SALES, INC. | Date Filed (f) or Converted (c): | 12/15/2018 (f) |
| For the Period Ending: | 09/30/2019 | §341(a) Meeting Date: | 01/22/2019 |
| | | Claims Bar Date: | 02/25/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Bank of America checking 6860 | $0.00 | $0.00 | | $0.00 | FA |
| 2  Accounts receivable 8,470.92- | $8,470.92 | $6,000.00 | | $3,599.86 | $2,400.14 |
| Asset Notes:    Dwight Edmond | | | | | |
| 3  Accounts receivable 3765.03 | $3,765.03 | $4,000.00 | | $2,750.00 | FA |
| Asset Notes:    Maurice Daniel hernandez | | | | | |
| 4  Accounts receivable 6549.84 | $6,549.84 | $5,000.00 | | $3,506.54 | $1,493.46 |
| Asset Notes:    olga deltoro | | | | | |
| 5  Accounts receivable 6247.45 | $6,247.45 | $3,500.00 | | $3,500.00 | FA |
| Asset Notes:    issa malondo and Antonio efrain | | | | | |
| 6  2 copy leases copy machines located at 961 NW 127th Place, Miami, FL 33182 Unknown | $0.00 | $0.00 | | $0.00 | FA |

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| | $25,033.24 | $18,500.00 | | $13,356.40 | $3,893.60 |

**Major Activities affecting case closing:**

03/06/2019   1. The Trustee has hired counsel to investigate business functions and assets. KC Trustee is administering accounts receivables. Trustee is evaluating potential fraudulent transfer claims against Bayview Financial. Settlement negotiations ongoing. KC 8/12/19

2. Claims bar date: 2/25/2019 Claims to be reviewed at a later date

3. Tax return by Kapila if needed

| Initial Projected Date Of Final Report (TFR): | 02/28/2021 | Current Projected Date Of Final Report (TFR): | 02/28/2021 | /s/ SONYA S. SLOTT |
|---|---|---|---|---|
| | | | | SONYA S. SLOTT |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | | |
|---|---|---|
| **Case No.** 18-25574 | **Trustee Name:** | Sonya S. Slott |
| **Case Name:** RAY'S QUALITY AUTO SALES, INC. | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** **-***6786 | **Checking Acct #:** | ******7401 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 10/01/2018 | **Blanket bond (per case limit):** | $56,290,000.00 |
| **For Period Ending:** 09/30/2019 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/20/2019 | | MARK S ROHER PA | PAYMENT OF POST PETITION ACCOUNT RECEIVEABLES PER VERBAL DEMAND AT 341 MEETING | * | $3,217.94 | | $3,217.94 |
| | {4} | | $1,195.52 | 1121-000 | | | $3,217.94 |
| | {3} | | $1,200.00 | 1121-000 | | | $3,217.94 |
| | {4} | | $822.42 | 1121-000 | | | $3,217.94 |
| 05/24/2019 | (3) | maurico hernandez | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $300.00 | | $3,517.94 |
| 05/30/2019 | 1001 | Ouellette & Mauldin | PAYMENT ON ATTENDANCE FEE PER LOCAL ORDER | 2990-000 | | $150.00 | $3,367.94 |
| 06/10/2019 | (3) | MAURICE HERNANDEZ | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $312.50 | | $3,680.44 |
| 06/15/2019 | (3) | MAURICE HERNANDEZ | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $312.50 | | $3,992.94 |
| 06/15/2019 | (3) | MAURICE HERNANDEZ | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $312.50 | | $4,305.44 |
| 06/24/2019 | (2) | DWIGHT EDMUND | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $325.00 | | $4,630.44 |
| 06/24/2019 | (3) | MAURICE HERNANDEZ | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $312.50 | | $4,942.94 |
| 06/28/2019 | (2) | MARK S ROHER PA | PAYMENT OF POST PETITION ACCOUNT RECEIVEABLES PER VERBAL DEMAND AT 341 MEETING | 1121-000 | $2,624.86 | | $7,567.80 |
| 07/13/2019 | (5) | ANTONIO MALDONADO | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $500.00 | | $8,067.80 |
| 07/13/2019 | (5) | ANTONIO MALDONADO | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $500.00 | | $8,567.80 |
| | | | **SUBTOTALS** | | $8,717.80 | $150.00 | |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| | | |
|---|---|---|
| **Case No.** 18-25574 | **Trustee Name:** | Sonya S. Slott |
| **Case Name:** RAY'S QUALITY AUTO SALES, INC. | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** **-***6786 | **Checking Acct #:** | ******7401 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 10/01/2018 | **Blanket bond (per case limit):** | $56,290,000.00 |
| **For Period Ending:** 09/30/2019 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/13/2019 | (5) | ANTONIO MALDONADO | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $500.00 | | $9,067.80 |
| 07/13/2019 | (5) | ANTONIO MALDONADO | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $500.00 | | $9,567.80 |
| 07/13/2019 | (5) | ANTONIO MALDONADO | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $500.00 | | $10,067.80 |
| 07/13/2019 | (5) | ANTONIO MALDONADO | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $500.00 | | $10,567.80 |
| 07/13/2019 | (5) | ANTONIO MALDONADO | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $500.00 | | $11,067.80 |
| 08/05/2019 | (2) | DWIGHT EDMUND | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $325.00 | | $11,392.80 |
| 09/09/2019 | (2) | DWIGHT EDMUND | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $325.00 | | $11,717.80 |
| 09/28/2019 | (4) | OLGA DEL TORO | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $500.00 | | $12,217.80 |
| 09/28/2019 | (4) | OLGA DEL TORO | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $500.00 | | $12,717.80 |
| 09/28/2019 | (4) | OLGA DEL TORO | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $488.60 | | $13,206.40 |

**SUBTOTALS** $4,638.60 $0.00

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 18-25574 | | **Trustee Name:** | Sonya S. Slott |
| **Case Name:** | RAY'S QUALITY AUTO SALES, INC. | | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***6786 | | **Checking Acct #:** | ******7401 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 10/01/2018 | | **Blanket bond (per case limit):** | $56,290,000.00 |
| **For Period Ending:** | 09/30/2019 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $13,356.40 | $150.00 | $13,206.40 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $13,356.40 | $150.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $13,356.40 | $150.00 | |

| For the period of 10/01/2018 to 09/30/2019 | | For the entire history of the account between 04/20/2019 to 9/30/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $13,356.40 | Total Compensable Receipts: | $13,356.40 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,356.40 | Total Comp/Non Comp Receipts: | $13,356.40 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $150.00 | Total Compensable Disbursements: | $150.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $150.00 | Total Comp/Non Comp Disbursements: | $150.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| | |
|---|---|
| Case No. | 18-25574 |
| Case Name: | RAY'S QUALITY AUTO SALES, INC. |
| Primary Taxpayer ID #: | **-***6786 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/01/2018 |
| For Period Ending: | 09/30/2019 |

| | |
|---|---|
| Trustee Name: | Sonya S. Slott |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******7401 |
| Account Title: | |
| Blanket bond (per case limit): | $56,290,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $13,356.40 | $150.00 | $13,206.40 |

| For the period of 10/01/2018 to 09/30/2019 | |
|---|---|
| Total Compensable Receipts: | $13,356.40 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,356.40 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $150.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $150.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

| For the entire history of the account between 04/20/2019 to 9/30/2019 | |
|---|---|
| Total Compensable Receipts: | $13,356.40 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,356.40 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $150.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $150.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ SONYA S. SLOTT

SONYA S. SLOTT