**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 18-25574-PDR |
| | § | |
| RAY'S QUALITY AUTO SALES, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Sonya S. Slott, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $9,686.20 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $24,976.71 | | |

3)      Total gross receipts of $34,662.91  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $34,662.91 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,181.42 | $350.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $24,976.71 | $24,976.71 | $24,976.71 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $618.80 | $618.80 | $618.80 |
| General Unsecured Claims (from **Exhibit 7**) | $84,003.97 | $59,316.84 | $59,316.84 | $9,067.40 |
| **Total Disbursements** | $85,185.39 | $85,262.35 | $84,912.35 | $34,662.91 |

4). This case was originally filed under chapter 7 on 12/15/2018. The case was pending for 32 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/08/2021                    By:    /s/ Sonya S. Slott
                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable 3765.03 | 1121-000 | $2,750.00 |
| Accounts receivable 6247.45 | 1121-000 | $3,500.00 |
| Accounts receivable 6549.84 | 1121-000 | $6,038.05 |
| Accounts receivable 8,470.92- | 1121-000 | $9,874.86 |
| AP 20-01309-PDR- Slott. v. Bayview Loan Servicing LLC | 1241-000 | $12,500.00 |
| **TOTAL GROSS RECEIPTS** | | $34,662.91 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GreatAmerica Financial Services Corp. | 4110-000 | $0.00 | $350.00 | $0.00 | $0.00 |
| | ACR Dealer Funding, LLC | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Barlop Business Systems | 4110-000 | $1,181.42 | $0.00 | $0.00 | $0.00 |
| | Barlop Business Systems | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,181.42 | $350.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Sonya S. Slott, Trustee | 2100-000 | NA | $4,216.29 | $4,216.29 | $4,216.29 |
| Sonya S. Slott, Trustee | 2200-000 | NA | $144.99 | $144.99 | $144.99 |
| Veritex Community Bank | 2600-000 | NA | $211.57 | $211.57 | $211.57 |
| Ouellette & Mauldin | 2990-000 | NA | $406.40 | $406.40 | $406.40 |
| THE SALKIN LAW FIRM, Attorney for Trustee | 3110-000 | NA | $14,000.00 | $14,000.00 | $14,000.00 |
| THE SALKIN LAW | 3120-000 | NA | $506.93 | $506.93 | $506.93 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| FIRM, Attorney for Trustee | | | | | |
| Kapila Mukamal, Accountant for Trustee | 3410-000 | NA | $5,358.60 | $5,358.60 | $5,358.60 |
| Kapila Mukamal, Accountant for Trustee | 3420-000 | NA | $131.93 | $131.93 | $131.93 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $24,976.71 | $24,976.71 | $24,976.71 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | STATE OF FLORIDA - DEPARTMENT OF REVENUE | 5800-000 | $0.00 | $618.80 | $618.80 | $618.80 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $618.80 | $618.80 | $618.80 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | GreatAmerica Financial Services Corp. | 7100-000 | $0.00 | $4,082.09 | $4,082.09 | $1,648.00 |
| 2 | American Express National Bank | 7100-000 | $12,960.61 | $13,678.61 | $13,678.61 | $5,522.27 |
| 3 | American Express National Bank | 7100-000 | $4,510.44 | $4,699.16 | $4,699.16 | $1,897.13 |
| 4 | Automotive Capital Resources, LLC | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | Automotive Capital Resources, LLC | 7200-000 | $0.00 | $36,624.00 | $36,624.00 | $0.00 |
| 6a | STATE OF FLORIDA - DEPARTMENT OF REVENUE | 7300-000 | $0.00 | $232.98 | $232.98 | $0.00 |
| | Automotive Capital Resources, LLC | 7100-000 | $39,000.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $12,524.50 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Bank of America | 7100-000 | $10,318.91 | $0.00 | $0.00 | $0.00 |
| Capital One | 7100-000 | $3,982.67 | $0.00 | $0.00 | $0.00 |
| Great American Insurance Company | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| GreatAmerica Financial Services Corp. | 7100-000 | $706.84 | $0.00 | $0.00 | $0.00 |
| Yenay Ramos | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $84,003.97 | $59,316.84 | $59,316.84 | $9,067.40 |

**FORM 1**

Page No:   1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 18-25574-PDR | |
| **Case Name:** | RAY'S QUALITY AUTO SALES, INC. | |
| **For the Period Ending:** | 9/8/2021 | |

| | |
|---|---|
| **Trustee Name:** | Sonya S. Slott |
| **Date Filed (f) or Converted (c):** | 12/15/2018 (f) |
| **§341(a) Meeting Date:** | 01/22/2019 |
| **Claims Bar Date:** | 02/25/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by the**<br>**Estate** | **Asset Fully**<br>**Administered (FA) /**<br>**Gross Value of**<br>**Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Bank of America checking 6860 | $0.00 | $0.00 | | $0.00 | FA |
| 2  Accounts receivable 8,470.92- | $8,470.92 | $6,000.00 | | $9,874.86 | FA |
| **Asset Notes:**   Dwight Edmond | | | | | |
| 3  Accounts receivable 3765.03 | $3,765.03 | $4,000.00 | | $2,750.00 | FA |
| **Asset Notes:**   Maurice Daniel hernandez | | | | | |
| 4  Accounts receivable 6549.84 | $6,549.84 | $5,000.00 | | $6,038.05 | FA |
| **Asset Notes:**   olga deltoro | | | | | |
| 5  Accounts receivable 6247.45 | $6,247.45 | $3,500.00 | | $3,500.00 | FA |
| **Asset Notes:**   issa malondo and Antonio efrain | | | | | |
| 6  2 copy leases copy machines<br>located at 961 NW 127th Place,<br>Miami, FL 33182 Unknown | $0.00 | $0.00 | | $0.00 | FA |
| 7  AP 20-01309-PDR- Slott. v.  **(u)**<br>Bayview Loan Servicing LLC | $0.00 | $79,760.53 | | $12,500.00 | FA |

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | **Gross Value of Remaining Assets** | |
| | $25,033.24 | $98,260.53 | | $34,662.91 | $0.00 |

**Major Activities affecting case closing:**

1. The Trustee has hired counsel to investigate business functions and assets. KC Trustee is administering accounts receivables. Trustee is evaluating potential fraudulent transfer claims against Bayview Financial. KC 8/12/19 Payments on all outstanding A/R's collected. Trustee has initiated adversary proceeding against Bayview to recover fraudulent transfers. KC 9/10/2020 Trustee reached settlement with Bayview. Settlement approved. Case ready to close after tax returns. KC 2/8/2021

2. Claims bar date: 2/25/2019; object to claim 1. 2/8/21 SSS objection filed ECF 40. KC objection sustained. ECF 43 KC 3/22/21

3. Tax returns prepared by Kapila

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 02/28/2021 |
| **Current Projected Date Of Final Report (TFR):** | 02/28/2022 |

/s/ SONYA S. SLOTT

SONYA S. SLOTT

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-25574-PDR | | Trustee Name: | Sonya S. Slott |
|---|---|---|---|---|
| Case Name: | RAY'S QUALITY AUTO SALES, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6786 | | Checking Acct #: | ******7401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/15/2018 | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 9/8/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/20/2019 | | MARK S ROHER PA | PAYMENT OF POST PETITION ACCOUNT RECEIVEABLES PER VERBAL DEMAND AT 341 MEETING | * | $3,217.94 | | $3,217.94 |
| | {4} | | $1,195.52 | 1121-000 | | | $3,217.94 |
| | {3} | | $1,200.00 | 1121-000 | | | $3,217.94 |
| | {4} | | $822.42 | 1121-000 | | | $3,217.94 |
| 05/24/2019 | (3) | maurico hernandez | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $300.00 | | $3,517.94 |
| 05/30/2019 | 1001 | Ouellette & Mauldin | PAYMENT ON ATTENDANCE FEE PER LOCAL ORDER | 2990-000 | | $150.00 | $3,367.94 |
| 06/10/2019 | (3) | MAURICE HERNANDEZ | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $312.50 | | $3,680.44 |
| 06/15/2019 | (3) | MAURICE HERNANDEZ | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $312.50 | | $3,992.94 |
| 06/15/2019 | (3) | MAURICE HERNANDEZ | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $312.50 | | $4,305.44 |
| 06/24/2019 | (2) | DWIGHT EDMUND | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $325.00 | | $4,630.44 |
| 06/24/2019 | (3) | MAURICE HERNANDEZ | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $312.50 | | $4,942.94 |
| 06/28/2019 | (2) | MARK S ROHER PA | PAYMENT OF POST PETITION ACCOUNT RECEIVEABLES PER VERBAL DEMAND AT 341 MEETING | 1121-000 | $2,624.86 | | $7,567.80 |
| 07/13/2019 | (5) | ANTONIO MALDONADO | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $500.00 | | $8,067.80 |
| 07/13/2019 | (5) | ANTONIO MALDONADO | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $500.00 | | $8,567.80 |
| 07/13/2019 | (5) | ANTONIO MALDONADO | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $500.00 | | $9,067.80 |
| 07/13/2019 | (5) | ANTONIO MALDONADO | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $500.00 | | $9,567.80 |
| | | | **SUBTOTALS** | | $9,717.80 | $150.00 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-25574-PDR | Trustee Name: | Sonya S. Slott |
|---|---|---|---|
| Case Name: | RAY'S QUALITY AUTO SALES, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6786 | Checking Acct #: | ******7401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/15/2018 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 9/8/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/13/2019 | (5) | ANTONIO MALDONADO | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $500.00 | | $10,067.80 |
| 07/13/2019 | (5) | ANTONIO MALDONADO | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $500.00 | | $10,567.80 |
| 07/13/2019 | (5) | ANTONIO MALDONADO | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $500.00 | | $11,067.80 |
| 08/05/2019 | (2) | DWIGHT EDMUND | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $325.00 | | $11,392.80 |
| 09/09/2019 | (2) | DWIGHT EDMUND | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $325.00 | | $11,717.80 |
| 09/28/2019 | (4) | OLGA DEL TORO | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $500.00 | | $12,217.80 |
| 09/28/2019 | (4) | OLGA DEL TORO | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $500.00 | | $12,717.80 |
| 09/28/2019 | (4) | OLGA DEL TORO | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $488.60 | | $13,206.40 |
| 10/04/2019 | (2) | DWIGHT EDMUND | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVEABLE DATED 8/14/19 (CP 24) | 1121-000 | $325.00 | | $13,531.40 |
| 11/06/2019 | (4) | OLGA MUNOZ | PAYMENT ON ACCOUNT RECEIVEABLE PER ORDER DATED | 1121-000 | $300.00 | | $13,831.40 |
| 11/08/2019 | (2) | DWIGHT EDMUND | PAYMENT ON ORDER REGARDING ACCOUNT RECEIVABLE | 1121-000 | $325.00 | | $14,156.40 |
| 11/15/2019 | (4) | OLGA LIDIA MUNOZ DEL TORO | PAYMENT ON ACCOUNT RECEIVEABLE PER ORDER DATED 8/14/19 (CP 24) | 1121-000 | $300.00 | | $14,456.40 |
| 01/10/2020 | (2) | DWIGHT EDMUND | PAYMENT ON RECEIVEBLE PER ORDER DATED 8/14/19 (CP 24) | 1121-000 | $325.00 | | $14,781.40 |
| 01/10/2020 | (2) | DWIGHT EDMUND | PAYMENT OF RECEIVEABLE ON ORDER DATED 8/14/19 (CP 24) | 1121-000 | $325.00 | | $15,106.40 |
| 02/18/2020 | (4) | OLGA MUNOZ | PAYMENT ON ACCOUNT RECEIVEABLE PER ORDER DATED 8/14/19 (CP 24) | 1121-000 | $600.00 | | $15,706.40 |

|  |  |  | **SUBTOTALS** | | $6,138.60 | $0.00 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 18-25574-PDR | |
| Case Name: | RAY'S QUALITY AUTO SALES, INC. | |
| Primary Taxpayer ID #: | **-***6786 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/15/2018 | |
| For Period Ending: | 9/8/2021 | |

| | |
|---|---|
| Trustee Name: | Sonya S. Slott |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******7401 |
| Account Title: | |
| Blanket bond (per case limit): | $52,222,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/27/2020 | (2) | DWIGHT EDMUND | PAYMENT ON AR PER ORDER DATED 8/14/19 (CP 24) | 1121-000 | $325.00 | | $16,031.40 |
| 04/03/2020 | (2) | DWIGHT EDMUND | PAYMENT ON ORDER DATED 8/14/19 (CP 24) | 1121-000 | $650.00 | | $16,681.40 |
| 04/25/2020 | (4) | OLGA LIDIA MUNOZ | PAYMENT PER ORDER DATED 8/14/19 (CP 24) | 1121-000 | $600.00 | | $17,281.40 |
| 07/26/2020 | (2) | DWIGHT EDMUND | PAYMENT PER ORDER DATED 8/14/19 (CP 24) | 1121-000 | $4,000.00 | | $21,281.40 |
| 09/04/2020 | (4) | OLGA MUNOZ | PAYMENT ON ORDER DATED 8/14/2019 (CP 24) | 1121-000 | $731.51 | | $22,012.91 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $36.66 | $21,976.25 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $33.17 | $21,943.08 |
| 12/30/2020 | (7) | BAYVIEW ASSET MANAGEMENT LLC | PAYMENT ON SETTLEMENT PER ORDER DATED 12/4/20 (CP 37) | 1241-000 | $12,500.00 | | $34,443.08 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $36.71 | $34,406.37 |
| 01/09/2021 | 1002 | Ouellette & Mauldin | payment of court reporter per local order | 2990-000 | | $256.40 | $34,149.97 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $55.34 | $34,094.63 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $49.69 | $34,044.94 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $54.93 | $33,990.01 |
| 04/05/2021 | | Veritex Community Bank | Bank service Fee Reversal | 2600-000 | | ($54.93) | $34,044.94 |
| 06/11/2021 | 1003 | Kapila Mukamal | Claim #: ;  Amount Allowed: 131.93;  Distribution Dividend: 100.00; Account Number: ; | 3420-000 | | $131.93 | $33,913.01 |
| 06/11/2021 | 1004 | Kapila Mukamal | Claim #: ;  Amount Allowed: 5,358.60;  Distribution Dividend: 100.00; Account Number: ; | 3410-000 | | $5,358.60 | $28,554.41 |
| 06/11/2021 | 1005 | Sonya S. Slott | Trustee Compensation | 2100-000 | | $4,216.29 | $24,338.12 |
| 06/11/2021 | 1006 | Sonya S. Slott | Trustee Expenses | 2200-000 | | $144.99 | $24,193.13 |
| 06/11/2021 | 1007 | THE SALKIN LAW FIRM | Claim #: ;  Amount Allowed: 506.93;  Distribution Dividend: 100.00; Account Number: ; | 3120-000 | | $506.93 | $23,686.20 |
| 06/11/2021 | 1008 | THE SALKIN LAW FIRM | Claim #: ;  Amount Allowed: 14,000.00;  Distribution Dividend: 100.00; Account Number: ; | 3110-000 | | $14,000.00 | $9,686.20 |
| 06/11/2021 | 1009 | GreatAmerica Financial Services Corp. | Claim #: 1;  Amount Allowed: 4,082.09;  Distribution Dividend: 40.37; Account Number: ; | 7100-000 | | $1,648.00 | $8,038.20 |

| | | | SUBTOTALS | | $18,806.51 | $26,474.71 | |

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 18-25574-PDR | |
| **Case Name:** | RAY'S QUALITY AUTO SALES, INC. | |
| **Primary Taxpayer ID #:** | **-***6786 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 12/15/2018 | |
| **For Period Ending:** | 9/8/2021 | |

| | |
|---|---|
| **Trustee Name:** | Sonya S. Slott |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******7401 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $52,222,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/11/2021 | 1010 | American Express National Bank | Claim #: 2;  Amount Allowed: 13,678.61;  Distribution Dividend: 40.37; Account Number: ; | 7100-000 | | $5,522.27 | $2,515.93 |
| 06/11/2021 | 1011 | American Express National Bank | Claim #: 3;  Amount Allowed: 4,699.16;  Distribution Dividend: 40.37; Account Number: ; | 7100-000 | | $1,897.13 | $618.80 |
| 06/11/2021 | 1012 | STATE OF FLORIDA - DEPARTMENT OF REVENUE | Claim #: 6;  Amount Allowed: 618.80;  Distribution Dividend: 100.00; Account Number: 6786; | 5800-000 | | $618.80 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $34,662.91 | $34,662.91 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $34,662.91 | $34,662.91 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $34,662.91 | $34,662.91 | |

| For the period of  12/15/2018 to 9/8/2021 | | For the entire history of the account between 04/20/2019 to 9/8/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $34,662.91 | Total Compensable Receipts: | $34,662.91 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $34,662.91 | Total Comp/Non Comp Receipts: | $34,662.91 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $34,662.91 | Total Compensable Disbursements: | $34,662.91 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $34,662.91 | Total Comp/Non Comp  Disbursements: | $34,662.91 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

Page No: 5          Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-25574-PDR | Trustee Name: | Sonya S. Slott |
|---|---|---|---|
| Case Name: | RAY'S QUALITY AUTO SALES, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6786 | Checking Acct #: | ******7401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/15/2018 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 9/8/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $34,662.91 | $34,662.91 | $0.00 |

**For the period of 12/15/2018 to 9/8/2021**

| | |
|---|---|
| Total Compensable Receipts: | $34,662.91 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $34,662.91 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $34,662.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $34,662.91 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/15/2018 to 9/8/2021**

| | |
|---|---|
| Total Compensable Receipts: | $34,662.91 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $34,662.91 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $34,662.91 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $34,662.91 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ SONYA S. SLOTT

SONYA S. SLOTT